ACCEPTED
15-25-00206-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 3:02 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 3:02:19 PM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

December 5, 2025

Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      RE:    Court of Appeals Number: 15-25-00206-CV
               Trial Court Case Number: D-1-GN-23-005614

Dear Mr. Prine,

    The above-referenced appeal is from a District Court matter that was consolidated with two other matters. The matter under appeal was originally assigned D-1-GN-23-005612 and was consolidated into D-1-GN-23-005614. D-1-GN-23-005614 is the correct cause number proceeding in this appeal.

Respectfully,

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

***Attorney for Defendant/Appellant***
***Texas Health and Human Services Commission***

cc:    Norman R. Ladd (Delivered via e-service)
       Prema Autry (Delivered via e-service)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 108784497
Filing Code Description: Letter
Filing Description: 2025 1205 COA letter
Status as of 12/5/2025 3:07 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 12/5/2025 3:02:19 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 12/5/2025 3:02:19 PM | SENT |

Associated Case Party: Rebecca Murie

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Norman Ladd | | nladd@laddtxlaw.com | 12/5/2025 3:02:19 PM | SENT |
| Prema Autry | | pautry@laddtxlaw.com | 12/5/2025 3:02:19 PM | SENT |